RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
LAUREN D. GORMAN
Assistant Federal Public Defender
Nevada State Bar No. 11580
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(775) 784-5369/Fax
Lauren_gorman@fd.org

Attorney for EDGAR JAVIER MIRAMONTES-GONZALEZ

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>EDGAR JAVIER MIRAMONTES-GONZALEZ,<br><br>        Defendant. | Case No. 3:16-cr-00020-HDM-WGC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and LAUREN D. GORMAN, Assistant Federal Public Defender, counsel for EDGAR JAVIER MIRAMONTES-GONZALEZ and NICHOLAS A. TRUTANICH, United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance regarding Revocation of Supervised Release hearing set for October 29, 2020, at 9:00 AM, be vacated and continued to December 1, 2020, at 11:30 AM.

///

This Stipulation is entered into for the following reasons:

1. This is a joint request by counsel for defendant Edgar Javier Miramontes-Gonzalez and counsel for the Government.
2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32.1(b)(2), which states that the "court must hold the revocation hearing within a reasonable time."
3. Mr. Miramontes-Gonzales is currently detained.
4. The parties agree to the continuance.
5. This is the first request for a continuance.

DATED this 15th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Lauren D. Gorman*<br>    LAUREN D. GORMAN<br>    Assistant Federal Public Defender<br>    Counsel for<br>    EDGAR MIRAMONTES-GONZALEZ | By */s/ Randolph J. St. Clair*<br>    RANDOLPH J. ST. CLAIR<br>    Assistant United States Attorney<br>    Counsel for the Government |

## **ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 29, 2020, at 9:00 AM, be vacated and continued to December 1, 2020, at 11:30 AM in Reno Courtroom 4 before Judge Howard D. McKibben. IT IS SO ORDERED.

DATED this 16th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE